JOYCE CADOO, Respondent, v. LEROI JONES et al., Appellants.—

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.

MELVIN ROEBUCK, Respondent, v. EDYTH ROEBUCK, Appellant.—

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.